IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KENNETH CHAPMAN, | : | |
| Plaintiff, | : | |
| v. | : | CA 10-675-WS-C |
| WESTERN EXPRESS, INC., | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 10, 2011 is **ADOPTED** as the opinion of this Court.

**DONE** this 25th day of August, 2011.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**