IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KENNETH CHAPMAN, :

   Plaintiff, :

v. : CA 10-675-WS-C

WESTERN EXPRESS, INC., :

   Defendant. :

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **DISMISSED WITH PREJUDICE**.

**DONE** this 25th day of August, 2011.

                                  s/WILLIAM H. STEELE
                                  **CHIEF UNITED STATES DISTRICT JUDGE**